UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL, | No. C 13-5580 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINE** |
| v. | |
| PELICAN BAY STATE PRISON; et al., | |
| Defendants. | |

Plaintiff's request for an extension of the deadline to file his second amended complaint is GRANTED. Docket # 21 and # 22. Plaintiff must file a second amended complaint no later than **November 30, 2014**. No further extensions of this deadline should be expected. Plaintiff states that he is attempting to obtain evidence to strengthen his case, but he does not need to present records with his second amended complaint. In his second amended complaint, he only needs to allege his claims; therefore, any delay in receiving the records he has requested does not warrant any further extension of the deadline.

IT IS SO ORDERED.

Dated: October 27, 2014

_____
SUSAN ILLSTON
United States District Judge