**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL, | No. C 13-5580 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PELICAN BAY STATE PRISON; et al., | |
| Defendants. | |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: February 3, 2015

_____
SUSAN ILLSTON
United States District Judge