UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL, | No. C 13-5580 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| PELICAN BAY STATE PRISON; et al., | |
| Defendants. | |

Plaintiff has filed a request for an extension of time to file his appeal from the dismissal of this action. Upon due consideration, the request is GRANTED. Docket # 29. Plaintiff must file his notice of appeal no later than **fourteen days** of the date of this order. *See* Fed. R. App. P. 4(a)(5). No further extensions will be granted.

IT IS SO ORDERED.

Dated: March 13, 2015

_____
SUSAN ILLSTON
United States District Judge