1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7

8    TERRELL D. HALL,                          No. C 13-5580 SI (pr)

9             Plaintiff,                       **ORDER**

10       v.

11   PELICAN BAY STATE PRISON; et al.,

12            Defendants.

13   _____/

14           The Ninth Circuit has requested this Court to determine whether *in forma pauperis* status

15   should continue for Plaintiff on appeal in this action or whether the appeal is frivolous or not

16   taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).  The Court now certifies that the appeal is not

17   taken in good faith and revokes *in forma pauperis* status for Plaintiff on appeal in this action.

18           Plaintiff's request for a copy of the documents at Docket # 26 - # 28 is GRANTED.

19   (Docket # 31, # 36.)  The clerk will mail to plaintiff a copy of Docket # 26 - # 28.

20           IT IS SO ORDERED.

21   Dated: April 20, 2015                      _____
                                                        SUSAN ILLSTON
22                                                United States District Judge

23

24

25

26

27

28